

# Case Assignment
# Standard Criminal Assignment

### Case number **5:26CR-2-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 1/14/2026 4:05:39 PM
Transaction ID: 123377

[ Request New Judge ]     [ Return ]