UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA            PLAINTIFF

v.            Criminal Action No.: 5:26-CR-2-BJB

**LEONEL RAMONES-RAMOS**            DEFENDANT
**LUIS OLIVARES-DAVILA**

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Raymond D. McGee hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*/s/ Ray D. McGee*

Raymond D. McGee
Assistant U.S. Attorney
501 Broadway
Paducah, KY 42001
(270) 709-1837